Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

To:            CLERK, U.S. BANKRUPTCY COURT

Re:            UNDISTRIBUTED FUNDS

Debtor:        DONALD SCOTT THOMPSON, SR
               6234 WEST AVENUE J5
               LANCASTER, CA 93536

Case No.:      SV07-13934-VK

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

Payee:                                              Amount:

DONALD SCOTT THOMPSON SR.                           $ 29.01
6234 WEST AVENUE J5
LANCASTER, CA 93536

Dated:  January 01, 1900                            _Elizabeth J Rojas_
                                                    Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

Check No.: 0831745
Check Date: 06/08/2011
Check Amt: 29.01

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0713934 | Claim #: 00000 | DONALD SCOTT THOMPSON, SR | | 0.00 | 0.00 | 29.01 | 29.01 |
| | | TOTALS | | 0.00 | 0.00 | 29.01 | 29.01 |

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Jun 08, 2011
CHECK NO.: 0831745

THOMPSON, SR, DONALD SCOTT

Case No: 0713934

PAY ONLY **29.01** (TWO NINE PERIOD ZERO ONE)

CHECK AMOUNT
$*********29.01

VOID AFTER 60 DAYS

PAY TO THE ORDER OF    CLK US BANKRUPTCY CT

VOID OVER $29.01

*Elizabeth F Rojas* (signature)

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0831745⑈ ⑆122044300⑆ 001⑇111690⑈